UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SION ABADI                  :        Civil Action No.16-5429(FLW)

      Plaintiff,         :

vs.                         :        ORDER DISMISSING ACTION
                                       PURSUANT TO F.R.CIV.P. 4(m)
WELLS FARGO                 :

      Defendant,         :

_____

    It appearing that the plaintiff in the above captioned action have failed to effect service of the summons and complaint within 90 days of the filing of the complaint;

    It further appearing that good cause has not been shown as to why service has not been effected;

    It is on this 22ND day of February, 2017,

    ORDERED that the complaint be and is hereby dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, without prejudice and without costs.

_____
FREDA L. WOLFSON
United States District Judge